| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Oravec, Scott A. | 2. Court or Organization U.S. District Court, District of Alaska | 3. Date of Report 09/11/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, part-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Federal Building and U.S. Courthouse
101 12th Avenue, Room 332
Fairbanks, AK 99701-6283

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Oravec Law Group, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. June 2020 | State of Alaska, Permanent Fund Distribution | $992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. June 2020 | State of Alaska, Permanent Fund Distribution |
| 2. 2020 | Doyon Utilities, Inc., Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 09/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MOHELA SoFi | Student Loans | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 09/11/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  ABA Retirement Funds, 401(k); Small-Mid Cap Equity Fund R1 | C | Dividend | K | T | | | | | |
| 2.  ABA Retirement Funds 401(k); Bond Core Plus Fund R1 | B | Dividend | J | T | | | | | |
| 3.  ABA Retirement Funds, 401(k); Bond Index Fund R1 | A | Dividend | J | T | | | | | |
| 4.  ABA Retirement Funds, 401(k); Stable Asset Return Fund R1 | A | Dividend | J | T | | | | | |
| 5.  ABA Retirement Funds, 401(k); Large-Cap Equity Fund R1 | D | Dividend | L | T | | | | | |
| 6.  ABA Retirement Funds, 401(k); All Cap Equity Fund R1 | B | Dividend | J | T | | | | | |
| 7.  Two 529 Plans, T. Rowe Price, Univ. of Alaska College Savings Plan | A | Dividend | K | T | | | | | |
| 8.  Doyon Utilities, LLC 401(k); The Standard Stable Asset A | A | Dividend | L | T | | | | | |
| 9.  Doyon Utilities, LLC 401(k); Voya Intermediate Bond I | C | Dividend | G | T | | | | | |
| 10.  Doyon Utilities, LLC 401(k); Vanguard 500 Index Admiral | D | Dividend | L | T | | | | | |
| 11.  Doyon Utilities, LLC 401(k); Mainstay Large Cap Growth I | D | Dividend | K | T | | | | | |
| 12.  Doyon Utilities, LLC 401(k); JPMorgan Small Cap Growth R6    (X) | E | Dividend | K | T | | | | | |
| 13.  Doyon Utilities, LLC 401(k); Vanguard Equity Income Adm | C | Dividend | K | T | | | | | |
| 14.  Doyon Utilities, LLC 401(k); Hartford Midcap Y (Y) | B | Dividend | J | T | | | | | |
| 15.  Doyon Utilities, LLC 401(k); T.Rowe Price New Horizons | A | Dividend | J | T | | | | | |
| 16.  Doyon Utilities, LLC 401(k); MFS Intl Diversification R6 (X) | D | Dividend | L | T | | | | | |
| 17.  Doyon Utilities, LLC 401(k); Federated Intl Equity Is (Y) | D | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,000 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 09/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Doyon Utilities, LLC 401(K); Wells Fargo Spec Mdcpval Ins | B | Dividend | J | T | | | | | |
| 19. USAA Federal Savings Bank; Cash Accounts | A | Interest | K | T | | | | | |
| 20. ABA Retirement Funds, 401(k); 2035 Retirement Date Fund R1 | D | Dividend | K | T | | | | | |
| 21. ABA Retirement Funds, 401(k); Moderate Risk Fund R1 | B | Dividend | K | T | | | | | |
| 22. ABA Retirement Funds, 401(k); Small Mid Cap Index Equity Fund R1 | C | Dividend | K | T | | | | | |
| 23. LPL Financial, U.S. Bank N.A.; Cash Account | A | Interest | J | T | | | | | |
| 24. Alaska USA Federal Credit Union; Cash Accounts | A | Interest | K | T | | | | | |
| 25. LPL Financial IRA; Optimum Large Cap Growth Instl CL | A | Dividend | J | T | | | | | |
| 26. LPL Financial IRA; Optimum Large Cap Value Inst | A | Dividend | J | T | | | | | |
| 27. LPL Financial IRA; Optimum Small Mid Cap Grow | A | Dividend | J | T | | | | | |
| 28. LPL Financial IRA; Optimum Small Mid Cap Value | A | Dividend | J | T | | | | | |
| 29. LPL Financial IRA; Optimum Intl Instl CL | A | Dividend | J | T | | | | | |
| 30. LPL Financial IRA; Optimum Fixed Income Instl C | A | Dividend | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts.

1. VIII.

7. "University of Alaska College Savings Plan", ACT Portfolio.

12. New asset in the fund in beginning of 2020, resulting from a transfer within the fund.

14. and 17. Transferred in their entirety to items 8, 9, 10, 11, 12, 13, 15, 16, and 18 at end of 2020.

16. New asset in the fund at end of 2020, resulting from a transfer within the fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Scott A. Oravec**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544